# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANTONIO HENDERSON | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:18-cr-00348<br>USM No. 25905-075<br><br>William Conway<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   2, 3, 4, 5 and 6   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Unlawful possession of a controlled substance | 12/14/2023 |
| 3 | Unlawful use of a controlled substance | 06/14/2024 |
| 4 | Failure to successfully complete inpatient treatment | 06/26/2024 |
| 5 | Failure to notify Probation Office as to status of residence | 05/20/2024 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✓   Violation Number   __1__   is dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   8790

Defendant's Year of Birth:   1991

City and State of Defendant's Residence:
Unknown

08/27/2024
Date of Imposition of Judgment

*Eli Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

August 28, 2024
Date

DEFENDANT: ANTONIO HENDERSON
CASE NUMBER: 3:18-cr-00348

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 6 | Failure to pay special assessment | 07/10/2024 |

Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 4

DEFENDANT: ANTONIO HENDERSON
CASE NUMBER: 3:18-cr-00348

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Time Served (Approximately 1 1/2 months)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: ANTONIO HENDERSON
CASE NUMBER: 3:18-cr-00348

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

2 years - Defendant is to remain on the original terms of his supervised release with the additional conditions of:

1.  The defendant shall enroll in and complete a 28-day residential program at Buffalo Valley.

2.  The defendant shall not leave Buffalo Valley unless and until approved by his U.S. Probation Officer or until he successfully completes the program.

3.  If the defendant leaves Buffalo Valley or terminates from their program without permission of his probation officer or the program facilitators, defendant shall immediately report to the U.S. Probation Office or U.S. Marshal's office.

4.  Defendant shall participate in aftercare and transitional housing.